IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ABREGO, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. 1:13-CV-00414-RC |
| A & L INDUSTRIAL SERVICES, INC.; ET AL. | § § § | |

## RULE 11 AGREEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

1. This is an Agreement executed by and between counsel for Plaintiffs' (hereinafter referred to as "Plaintiffs") and counsel for Defendant Teton, Ltd., identified as TETON, LTD., A PCL COMPANY, in Plaintiffs' Original Complaint (hereinafter referred to as "Teton").

2. WHEREAS, the parties have agreed that Plaintiffs' will not seek a default judgment against Teton in the above styled and captioned case without first providing the undersigned attorney for Teton with at least 10 days prior written notice of any attempt to obtain a default judgment against Teton.

IT IS THEREFORE AGREED by and between Plaintiffs and Teton that Plaintiffs' will not seek a default judgment against Teton in the above styled and captioned case without first providing the undersigned attorney for Teton with at least 10 days prior written notice of any attempt to obtain a default judgment against Teton.

Executed this 27 day of June, 2013.

Respectfully submitted,

_[signature]_

_____
JOEL HOWARD MUSCAT
Texas State Bar No. 14741500
2425 West Loop South, Suite 200
Houston, Texas 77027
(713) 297-9151
FAX (713) 583-1119
Attorney for Defendant, Teton, Ltd.

jmuscat@muscatlawfirm.com

_____
John Werner
REAUD, MORGAN & QUINN, L.L.P.
801 Laurel Street
P. O. Box 26005
Beaumont, Texas 77720-6005
(409) 838-1000
FAX (409) 833-8236

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the __27__ day of June, 2013, a true and correct copy of the above and foregoing Rule 11 Agreement was forwarded via email or facsimile to the following counsel:

John Werner
REAUD, MORGAN & QUINN, L.L.P.
801 Laurel Street
P. O. Box 26005
Beaumont, Texas 77720-6005
(409) 838-1000
FAX (409) 833-8236

_____
Joel Howard Muscat